Drew Henwood, Esq.
The Law Offices of Drew Henwood
41 Sutter Street, Suite 621
San Francisco, CA 94104
California Bar No. 184529
(415) 362-7412
(415) 373-9217 fax
email: dfhenwood@aol.com

Attorney for debtor

Ara and Anait Markosian

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>ARA AND ANAIT MARKOSIAN<br><br>Debtor. | Case No. 09-50778-ASW-11<br><br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>**DATE:** January 21, 2011<br>**TIME:** 2:00 p.m.<br>**PLACE:** United States Bankruptcy Court<br>280 South 1st Street, Courtroom 3020<br>San Jose, California 95113<br>**BEFORE:** The Honorable Arthur S. Weissbrodt |

Ara and Anait Markosian, Chapter 11 Debtors-in-Possession, by and through their appointed counsel Drew Henwood, Esq. do hereby file this, their Status Conference Statement.

**I. Business, Financial and Other Problems Prompting Bankruptcy Filing.**

Ara and Anait Markosian (Hereinafter referred to as "Debtors") reside at 19736 Vicksburg Drive in Cupertino, CA 95014. The financial problems for the Debtors began when Ara Markosian agreed to assist in financing a business which was run by his uncle in Southern California. The business eventually failed but not before Mr. Markosian directly incurred or guaranteed an aggregate excess of more than $150,000 relating to this business.

The Debtors struggled with their finances and could not afford to keep paying their credit card debt. Finally, the debtors simply could not keep up with their bills and they decided to file for bankruptcy.

**II. How the Debtor intends to Use the Provisions of the Bankruptcy Code to Resolve the Problems that Precipitated the Bankruptcy Filing.**

The Debtors intend to use the provisions of the Bankruptcy Code to more effectively manage their expenses and be able to keep their home by becoming current on mortgage payments. The automatic stay provided by the Bankruptcy Code has allowed the Debtor-in-Possession to remain in their home and stabilize their cash flow. The Debtors have also stripped the second lien on their residence.

**III. Proposed Schedule for filing a Plan and Disclosure Statement.**

The Debtors have already filed a Disclosure Statement and Plan of Reorganization. The Disclosure Statement is set for hearing on January 28, 2011 at 2 p.m.

**IV. Motions for Relief from Stay, whether pending or resolved.**

No Motions for Relief from Stay have been filed in this case.

**V. Compliance with Administrative Requirements.**

As of the date this Status Conference Statement the Debtor had performed their administrative requirements as follows.

a. Operating Reports–The debtors have filed their operating reports through June 2010.
b. Establishment of Debtor-in-Possession Bank Accounts–The Debtor has established the Debtor-in-Possession Bank Accounts.
c. Payment of Post-Petition Taxes–The Debtors are current on post-petition tax reporting and payment.
d. Payment of United States Trustee Fees–The Debtors are current on payment of the United States Trustee's fees.
e. Proof of adequate insurance–The Debtors have provided the United States Trustee with proof of adequate insurance.

**VI. Other Material Matters**

A. Employment of Counsel. Drew Henwood submitted an application of employment of attorney and supporting declaration on March 14, 2010. An Order Granting the Application for Employment was entered on May 10, 2010.

B. Appearance by Counsel at Status Conference Statement. Debtor's counsel Drew Henwood will appear personally in Court on October 22, 2010 for the status conference hearing.

C. Request for continued Status Conference Hearing. Debtors' counsel requests that the next status conference hearing be scheduled in March of 2011.

Dated this 14th day of January, 2011.

/s/ Drew Henwood, Esq.
Proposed Counsel for Debtor-in-Possession

W:\WD@SJ Office\Work\BANKRUPTCY REFORM\Chapter 11's\Markosian, Ara\Pleadings\Status conference statement 01-21-2011.wpd